IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| MOHAMMAD RASHAIDA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 14 C 9708 |
| J. B. HUNT TRANSPORT, INC., | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

J. B. Hunt Transport, Inc. ("Hunt Transport") has filed its Amended Answer to the Amended Complaint in the employment discrimination lawsuit brought against it by its ex-employee Mohammad Rashaida. This Court's review of that responsive pleading has raised a question calling for an explanation by Hunt Transport's counsel.

Hunt Transport's response to the Amended Complaint includes a lengthy statement in Amended Answer ¶ 3 that in part includes this warning:

> Defendant denies that the charge on which this complaint is based was timely filed.

Later the Amended Answer is followed by this Affirmative Defense:

> By way of Affirmative Defense, Defendant asserts that Plaintiff's claim of discrimination on account of race as set forth in Paragraph 8 is barred for failure to exhaust administrative remedies in that he filed no timely charge with the Equal Employment Opportunity Commission alleging discrimination on account of race.

In view of those two items, this Court's natural question is whether the Amended Answer ¶ 3 denial relates only to the asserted deficiency set out in that Affirmative Defense, in which event nothing further will have to be done at this time, or whether instead the initial denial in

Amended Answer ¶ 3 is broader in scope, posing a problem for the lawsuit as such. It would therefore be much appreciated if Hunt Transport's counsel would file a <u>very</u> brief explanatory supplement to its Amended Answer on or before March 23, 2015 to clarify the matter.

                                                                                                   Milton I. Shadur
                                                                                                   Senior United States District Judge

Date: March 12, 2015